IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FAPD, LLC,

      Plaintiff,           18cv428
                            ELECTRONICALLY FILED
      v.

AUTO-OWNERS INSURANCE COMPANY,

      Defendant.

## HEARING MEMO – Status/Settlement Conference
Date hearing held:   3/11/19
Before Judge Arthur J. Schwab

| | |
|---|---|
| Counsel for Plaintiff | Andrew Gross |
| Counsel for Defendant | Francis McTiernan |
| Court Reporter | Julie Kienzle |
| Law Clerk/Deputy Clerk | NAM/LCK |
| Start time | 9:04 AM |
| End time | 1:10 PM |

**NOTED:**

Settlement reached.   The terms of the settlement agreement were put on the record.   Judge Hornak to administratively close the case.