UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Civil Action No. 2:18-cv-00428 |
| FAPD, LLC, | Judge Mark R. Hornak |
| Plaintiff, | |
| vs. | |
| AUTO-OWNERS INSURANCE COMPANY, | |
| Defendant. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, FAPD, LLC and Defendant, Auto-Owners Insurance Company, hereby stipulate to the dismissal with prejudice of this action as it relates to Defendant. The parties further waive all rights of appeal and each shall bear their own costs and attorneys' fees except as agreed upon.

/s/ Andrew M. Gross
Andrew M. Gross
PA ID No. 59912
Gross & Patterson, LLC
707 Grant Street
Suite 2340
Pittsburgh, PA 15219
Phone: 412-553-0140
Fax: 412-553-0142
Andrew.gross@grosspatterson.com

Counsel for Plaintiff

/s/ Francis X. McTiernan, Jr.
Francis X. McTiernan, Jr. Esquire
PA ID No. 43587
Richard S. Canciello, Esquire
PA ID No. 73174
Wayman, Irvin, & McAuley, LLC
Three Gateway Center Suite 1700
401 Liberty Avenue
Pittsburgh, PA 15222
Telephone: 412-566-2970
Facsimile: 412-391-1464
E-mail: fmctiernan@waymanlaw.com
rcanciello@waymanlaw.com

Counsel for Defendant



AND NOW, this 4th day of APRIL, 2019.
IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE